Commonwealth *v.* Green, Appellant.

Argued September 12, 1967. *Mervyn R. Turk,* Assistant Public Defender, for appellant; *Ralph B. D'Iorio,* Assistant District Attorney, with him *Vram S. Nedurian, Jr.,* Assistant District Attorney, *John R. Graham,* First Assistant District Attorney, and *Paul R. Sand,* District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAULDING, J., dissented.

HOFFMAN, J., absent.

Commonwealth *v.* Gregory, Appellant.

Submitted September 11, 1967. *Elizabeth Green* and *Melvine Dildine,* Assistant Defenders, and *Herman I. Pollock,* Defender, for appellant; *Welsh S. White* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Hart, Appellant.

Submitted September 11, 1967. *Willie Hart,* appellant, in propria persona; *Alan J. Davis,* As-